ORIGINAL



FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0697

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP. 24-0697

MARCUS DELANE MENSER,

Petitioner,

v.

YELLOWSTONE COUNTY SHERIFF,
MIKE LENDER,

Respondent.

ORDER

FILED

JAN 1 4 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Marcus Delane Menser, via counsel, has filed a Petition for Writ of Habeas Corpus, alleging he is not being properly credited for time served in two Billings Municipal Court cases: TK-2019-0787 and CR-2022-0008.

Upon review of Menser's Petition and attachments, we requested a response from the State. It responded in opposition and moved to dismiss, asserting Menser fully discharged his sentences on December 20, 2024, and has been released from confinement.

A writ of habeas corpus may issue if a prisoner is unlawfully restrained or imprisoned. Section 46-22-101(1), MCA. Although release from custody does not necessarily moot a petition for writ of habeas corpus, the petition becomes moot if the petitioner's release from custody prevents the court from granting effective relief. *Sebastian v. Mahoney*, 2001 MT 88, ¶ 7, 305 Mont. 158, 25 P.3d 163. Since Menser is no longer restrained, and the only relief he sought was release from confinement, his petition is moot. We thus do not consider the merits of his arguments.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Marcus Delane Menser personally.

DATED this 14th day of January, 2025.

_____

_____
Katherine M Bidegaray

_____

_____

_____
Justices

2